# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-2083
LT Case Nos. 2007-CF-62088-A
2007-CF-62085-A
2007-CF-62086-A
2007-CF-62089-A
2007-CF-62071-A
2007-CF-62087-A

_____

KRISTOFER P. TOPPE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Kristofer P. Toppe, Moore Haven, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.


January 2, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____